UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 19  A 11: 40

US DISTRICT COURT
BRIDGEPORT CT

MICHAEL MOURNING,
    Petitioner

V.

WARDEN ZYRENDA,
    Respondent

PRISONER
CASE NO. 3:02CV2318(CFD)(WIG)

NOVEMBER 18, 2003

## APPEARANCE

On behalf of the respondent, Warden Zyrenda, please enter the appearance of:

    Jo Anne Sulik
    Assistant State's Attorney
    Civil Litigation Bureau
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, Connecticut 06067
    (860) 258-5887
    (860) 258-5968 (facsimile)
    Fed. Bar. No. ct 15122

_____
JO ANNE SULIK
Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Michael Mourning, 54 Crown Street, 2nd Floor, Waterbury, Connecticut 06704, on November 18, 2003.

_____
JO ANNE SULIK
Assistant State's Attorney