UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICHAEL MOURNING,
Petitioner

PRISONER
CASE NO. 3:02CV2318(CFD)(WIG)

2003 DEC 19 P 12: 53

V.

WARDEN ZYRENDA,
Respondent

DECEMBER 18, 2003

### MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC WITHIN WHICH TO COMPLY WITH THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for a one-month enlargement of time, nunc pro tunc, to **January 8, 2004**, to file a response "showing cause why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims." That response was ordered to be filed on December 8, 2003. This is the respondent's first motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.      On October 5, 2003, the undersigned counsel underwent emergency surgery. This resulted in a six-week period of recuperation and counsel returned to work on November 17, 2003. As of October 5, 2003, the undersigned was the only attorney assigned to handle federal habeas corpus matters within the State of Connecticut's Division of Criminal Justice. This was so because Senior Assistant State's Attorney

Carolyn Longstreth retired on May 30, 2003 and Supervisory Assistant State's Attorney Michael O'Hare, a military reservist, had been called to active duty. He presently is stationed overseas for the foreseeable future. During the undersigned's absence, other attorneys were designated to temporarily handle some federal habeas corpus petitions.

2.   Since November 17, 2003, the undersigned counsel has attempted to address numerous matters that accumulated during her absence. On December 3, 2003, the undersigned filed a response to the Court's order to show cause in the habeas corpus matter of Andree Marquee Pierce v. Warden Giovanni Gomez, Case No. 3:02CV838(JCH)(HBF), U.S. District Court, District of Connecticut. On December 12, 2003, I represented the respondent in a state habeas corpus trial in the matter of Brian McMahon v. John J. Armstrong, Docket No. CV02-3826-S, Superior Court in the judicial district of Tolland. On December 16, 2003, I filed a reply brief in the Connecticut Appellate Court in the matter of William Cox v. Warden, A.C. 24410. Today, I filed another reply brief in the matter of Keith Hunter v. Commissioner of Correction, A.C. 24461.

3.   Due to these and other considerations, the respondent hereby moves this court for a one-month enlargement of time, nunc pro tunc, to **January 8, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-WARDEN ZYRENDA

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

### CERTIFICATION

I hereby certify that a copy of this document was mailed to Michael Mourning, 54 Crown Street, 2nd Floor, Waterbury, Connecticut 06704, on December 18, 2003.

_____
JO ANNE SULIK
Assistant State's Attorney