FILED
2004 JAN -5 12 12

UNITED STATES DISTICT COURT

DISTICT OF CONNECTICUT

MICHAEL MOURNING : CASE NO 3:02
CV2318 CCFD)(CWIG)

VS :

WARDEN, ZYRENDA : DECEMBER 23, 2003

OBJECTION TO MOTION
FOR ENLARGEMENT
OF TIME

Purusuant to Rule 9(b) of the local Rules of Civil Procedures for the District of Connecticut, the Petitioner

(1)

OBJECTS, to the Respondents motion for Enlargement of time nunc pro-TUNC, that was File on December 18 2003

The grounds stated below

1. The Petitioner states that the undersiged Counsel Jo-Ann Sulik states in her motion for Enlargement of time, In the being of paragraph one, that she was

(2)

the only one assigned to handle Federal Habeas Corpus matters within the State of Connecticut Division of Criminal Justice, then further stated in the same paragraph that during the absence of Supervisory Assistant State Attorney Michael O'Hare that "Other" attorney's were designated to temporarily handle some Federal habeas

(3)

Corpus petition.

a. The petitioner states Supervisory Assistant States Jo Anne Sulik could have petition the Court for an extension of time extension which is an option of Federal Habeas Corpus Procedure rule 9(b), if more time was needed to comply with the ORDER of the Court.

19

3. ON Nov 08 the petitioner sent via mail a copy of his Federal writ habeas corpus to the Chief States State's Attorney office address as to at himself to have so, ORDERED by the Court by Nov 03, 2003.

4. On Nov 17, 2003, undersigned Counsel States she has attempted to address numerous matters that accumulated during her

(5)

the said ORDER of the Court.

For The Reason the Petition OBJECTS

Respectfully Submitted

The Petition Michael Mouravis

By/ *Michael Mouravis*
Michael Mouravis
54 Crown St
2nd Floor
Waterbury Ct 0670·

(7)

# CERTIFICATION

I Hereby Certify that a copy of this document was mailed to Jo-Anne Sulik Assistant State's Attorney. Office of the Chief States Attorney; 300 Corporate Place Rocky Hill, Ct 06067.

Michael Mourdi
pro-se

absence.

5. On Nov 18 2003 Counsel Filed an appearance in the matter of MOURNING v 2XRE MDA. See exhibit A

6. Due to these reason stated above show that (1) Counsel was are aware of the deadline and could have File an motion for extention of time with the Court, instead of asking the Court 10 day after

(6)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MOURNING,<br>Petitioner | PRISONER<br>CASE NO. 3:02CV2318(CFD)(WIG) |
| V. | |
| WARDEN ZYRENDA,<br>Respondent | NOVEMBER 18, 2003 |

## APPEARANCE

On behalf of the respondent, Warden Zyrenda, please enter the appearance of:

Jo Anne Sulik
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

_____
JO ANNE SULIK
Assistant State's Attorney

exhibit A

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Michael Mourning, 54 Crown Street, 2nd Floor, Waterbury, Connecticut 06704, on November 18, 2003.

_____
JO ANNE SULIK
Assistant State's Attorney