UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 20 A 7:40
US DISTRICT COURT
BRIDGEPORT CT

MICHAEL MOURNING

v.

WARDEN ZYRENDA

: PRISONER
: Case No. 3:02CV2318(CFD) (WIG)

RULING AND ORDER

Respondent seeks an extension of time until January 9, 2004, to file a response to the amended petition for writ of habeas corpus. The Motion for Extension of Time [**doc. #11**] is **GRANTED**.

**SO ORDERED**.

Entered this 16th day of January, 2004, at Bridgeport, Connecticut.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)