UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MOURNING, | : | PRISONER |
| Petitioner | : | CASE NO.  3:02CV2318(MRK)(WIG) |
| | : | |
| V. | : | |
| | : | |
| WARDEN ZYRENDA, | : | FEBRUARY 11, 2004 |
| Respondent | : | |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **February 11, 2004**, to file a response "showing cause why the relief prayed for in the amended petition should not be granted and addressing the merits of the petitioner's claims." Initially, that response was ordered to be filed on December 8, 2003.  This is the respondent's second motion for an enlargement of time.  At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1. Today, I am filing the respondent's response to a show cause order in the matter of Michael A. Young v. Warden David Strange, Case No. 3:03CV1661(CFD)(TPS), U.S. District Court, District of Connecticut.

2. On or about January 27, 2004, I filed a motion to dismiss and supporting memorandum of law in the habeas corpus matter of Levern Grant v. Commissioner Armstrong, Case No. 3:03CV573(PCD)(JGM), U.S. District Court, District of Connecticut.

3.  I represented the respondent in the state habeas trial in <u>Daniel Hayes v. Commissioner of Correction</u>, Docket No. CV00-0441977, Superior Court in the judicial district of New Haven on January 14, 2004. I prepared for a state habeas trial in the matter of <u>Martin Dickinson v. Garrell Mullaney, et al</u>, Docket No. CV01-0096308, Superior Court in the judicial district of Middlesex which was scheduled to commence on January 28, 2004, but was continued due to a forecast of extreme winter weather.

4.  In January 2004, I prepared and filed two motions on the respondent's behalf in the state habeas corpus matter of <u>Lennard Toccaline v. Commissioner of Correction</u>, Docket No. CV02-0814816-S, Superior Court in the judicial district of Hartford on January 12, 2004. I represented the respondent at a hearing on those motions that was held on January 20, 2004. Yesterday, I filed an opposition to the petitioner's motion for review of the court's order of January 20, 2004 in the Connecticut Appellate Court in the <u>Toccaline</u> habeas corpus matter.

5.  Due to these and other considerations, the respondent hereby moves this court for an enlargement of time, nunc pro tunc, to **February 11, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-WARDEN ZYRENDA

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

## **CERTIFICATION**

I hereby certify that a copy of this document was mailed to Michael Mourning, 54 Crown Street, 2nd Floor, Waterbury, Connecticut 06704, on February 11, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney