UNITED STATES DISTRICT COURT

DISTRIC OF CONNECTICUT

FILED

2004 FEB 13 P 5: 01

MICHAEL MOURNING

V

WARDEN ZYRENDA

CASE NO; 3:02 CV2318

FEBUARY 11, 2004

## MOTION FOR PROCEDUAL DEFAULT

He Petitioner hereby moves this Honorable Court pursuant to Rule ___ of the Connecticut Federal guidelines.

On October 10, 2003, this Court ORDERED the Petitioner to serve ORDER TO SHOW Cause on or before November 08, 2003 to Mr. Michael O Hare Supervisory Assistant at The Chief States Attorney s Office, 300 Corporate place Rocky Hill, Ct 06067 and that It will be deemed suffient. On November 08th 2003, the petitioner mailed the order to show Cause, which was reassigned to Attorney Ms Jo Ann Sulik, On December 19th counselor Filed a MOTION FOR EXTENTION OF TIME because of her bulk caseload, which the Court had granted such request on January 20, 2004. The Petitioner states that it has now Been 3 weeks after such motion was granted by the Court, and that counselor still has Not comply with ORDER TO SHOW CAUSE, RULING AND ORDER and ___ Of the Federal guidelines

Respectfully submitted

*Michael Mourning*

## RELIEF SOUGHT

WHEREFORE, the petitioner prays that the Court grant the petitioner relief to which he maybe entitled in this proceeding

CERTIFICATION

I hereby certify that a copy of this document was mailed to Jo-Anne Sulik Supervisory Assistant States , Chief States Attorney s Office , 300 Corporate place , Rocky Hill, Ct  06067 on Febuary //, 2004

Respectfully submitted

/ 6 7892

ORDER

Having reviewed the petitioner Motion For Procedual Default , the Court now ORDER  that

_____ _The Motion is here by GRANTED

_____ _The Motion is hereby DENIED

Date at_____

By The COURT_____

_____
JUDGE/ Assistant