UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL MOURNING           :
                           :           PRISONER
     v.                    :   Case No. 3:03CV2318(CFD) (WIG)
                           :
WARDEN ZYRENDA             :

ORDER

Respondent shall file a response to the amended petition for writ of habeas corpus within twenty days of the date of this order.

**SO ORDERED.**

Entered this ___11th___ day of February, 2004, at Bridgeport, Connecticut.

                                      ___/s/_____
                                      WILLIAM I. GARFINKEL
                                      UNITED STATES MAGISTRATE JUDGE