UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MOURNING | : |
| | :     PRISONER |
| v. | :     Case No. 3:03CV2318(CFD) (WIG) |
| | : |
| WARDEN ZYRENDA | : |

RULING AND ORDER

Respondent seeks an extension of time nunc pro tunc until February 11, 2004, to file a response to the amended petition for writ of habeas corpus. The Motion for Extension of Time [**doc. #14**] is **GRANTED**.

**SO ORDERED.**

Entered this 18th day of February, 2004, at Bridgeport, Connecticut.

/s/
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE