FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 24  P 5:10

| | |
|---|---|
| MICHAEL MOURNING | : |
| v. | : PRISONER |
| | : Case No. 3:03CV2318(MRK) (WIG) |
| WARDEN ZYRENDA | : |

RULING AND ORDER

The petitioner seeks to default the respondent for failure to file a response to the amended petition for writ of habeas corpus. The respondent filed a motion to dismiss the amended petition on February 11, 2004. Because the respondent is not in default, the Motion for Default [**doc. #16**] is **DENIED**.

**SO ORDERED.**

Entered this 24th day of February, 2004, at Bridgeport, Connecticut.

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE