UNITED STATES DISTRICT COURT
DISTICT OF CONNECTICUT

*FILED 2004 FEB 27 P 7:27*
*US DISTRICT COURT*
*BRIDGEPORT CT*

Michael Mourning : CASE NO 3:02 CV2318 (CFD)(WIG)

V

WARDEN ZYRENDA : February 26 2004

## MOTION FOR ENLARGMENT OF TIME NUNC PRO TUNC WITHIN WHICH TO COMPLY WITH THE COURTS ORDER

Pursuant to Rule 9(b) of the local Rules of Civil procedures For The Distric of Connecticut the petitioner hereby moves for a one month enlargement of time to April 02, 2004 to File response, OBJECTION TO MOTION TO Dismiss, That was File by the Respondent on Febuary 11, 2004

THE Grounds are

1. The petitioner is unable to sit or stand for long periods of time, because of medicals reasons at this present time and is under doctor care. SEE Exhibit A

2. The petitioner is unable to get to an Resource Center to adequately prepare his objection, because of his medical condition

Respectfully submitted
Petitioner

*Michael Mourning* (signature)

Michael MOURNING
54 CROWN ST
2nd Fl
Waterbury CT 06704

## CERTIFICATION

I hereby by Certify that a copy of this document was mailed to Assistant State's Attorney Jo-Anne Solik Cheif States Attorney Office 300 Corpote Place Rocky Hilly CT 06067

*Michael Mourning* (signature)
Michael MOURNING

**ASSOCIATED SPINE & REHAB**
5 Library Place
Danbury, Ct 06810
(203) 792-3358 * Fax (203) 792-3952

DATE **2-26-04**

PATIENT **Michael Mourning**

DOI: **10-11-03**

To whom it may Concern:

This will certify that the above named patient has been under rehabilitation care.

DIAGNOSIS **Lumbar disc herniation**

---

The following recommendations have been made:

    Totally Disabled    [ ]

    Partially Disabled    [✓]  **30 days → 3/26/04**

    Return to work    [ ]

This patient should be limited in the following activities:

    ✓ Lifting **<20** lbs.    _____ Will be disabled for undetermined length of time

    _____ Sitting

    ✓ Bending

    ✓ Climbing

    _____ Other_____

REMARKS **Pt. is advised to avoid any heavy lifting, bending, strenuous activities and/or prolonged postures**

_[signature]_
Treating Physician

**Exhibit A**

Form #12