UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -9  P 12: 20

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Michael Mourning
_Name of Plaintiff/Petitioner_

v.                                    Case No. 02CV 2318 (MRK) (WIG)

Warden/Zirenia
_Name of Defendant/Respondent_

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Michael Mourning
   Your present mailing address: 54 Crown St 2nFl
   Waterbury CT 06704
   Telephone number: (203) 788-2872

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Stall & Dean
   72 Graybridge Rd

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? $3,000

   b) interest, dividends, rents or investments of any kind? _____

   c) gifts or inheritances of any kind?  None

6. How much money do you have in any checking or savings account(s)?

   Checking: None

   Savings: None

   Prison account: None

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? _____

   For each debt, state the name of the creditor and the amount owed:
   
   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Child support | $20,000 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   Mykeena Mourning    daughter
   Tija Watts          son

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO __✓__

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. __have no In Come__

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. __Writ habeas Corpus__

(Additional space on next page)

3

_____

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Michael Fitzpatrick_

   Date you contacted this attorney _Febuary 1_

   Method of contact (in person, by telephone, etc.) _telephone_

   Reason why attorney was not employed to handle your case _because of case load and needed money up front_

   b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   Reason why attorney was not employed to handle your case _____

4

c) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____

   _____

   _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

   _____

   _____

   _____

   _____

   _____

16. Please provide any other information which supports your application for the court to appoint counsel. _I put a lot of effort from the begining in state court to federal court, to prove my innocents_

17. Do you need a lawyer who speaks a language other than English?
   YES ____ NO ✓

   If you answered YES, what language do you speak? _____

5

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

3-5-04
Date

_Original Signature of Movant_

Michael Mourning
54 Crown St 2n Flor
Waterbury CT 06704
Printed Name and Address of Movant

6

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Assistant STATE Attorney Jo-Ann Solik
Cheif STATES ATTORNEY Office
300 Corpate place
Rocky Hill Ct 06067

Original Signature of Movant