UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 5:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MICHAEL MOURNING : CASE NO: 3:02CV2318 (CFD)(WIG)

V

WARDEN, ZYRENDA : March 27, 2004

## SECOND MOTION FOR ENLARGEMENT OF TIME

### Nunc Pro Tunc

### WITHIN WHICH TO COMPLY WITH THE COURT'S ORDER

Pursuant to Rule 9(w) of the local Rules of Civil Procedure for the District of Connecticut the Petitioner hereby moves for a one month enlargement of time to May 02, 2004 to file response to the Respondent motion to Dismiss. That was filed on February 11 2004

The Grounds are

"1. The Petitioner has filed a motion for appointed counsel to be represented in this matter and that as of yet no decision has been made by the Court.

2. Motion for appointed counsel was filed on march 05 2004

Respectfully Submitted

*Michael Mourning*

Michael Mourning
54 Crown St
2nd Floor
Waterbury CT 06704

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Assistant State's Attorney Jo-Anne Sulik of the Cheif States Attorney Office, 300 Corporate Place Rocky Hill Ct 06067

*Michael Mourning*
Michael Mourning