UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MOURNING | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02CV2318(MRK) |
| | : | |
| WARDEN ZYRENDA | : | |

RULING AND ORDER

Petitioner is seeking an appointment of pro bono counsel in this habeas corpus action pursuant to 28 U.S.C. § 1915. Appointment of counsel in habeas corpus cases is discretionary, and that discretion should be exercised only when the interests of justice so require, unless an evidentiary hearing is necessary. See Rule 8(c) of the Rules Governing Section 2255 Cases in the United States District Courts; 18 U.S.C. § 3006A(g). The court has determined that a hearing is not necessary at this time. Thus, appointment of counsel is not warranted. Petitioner may renew his motion if an evidentiary hearing is scheduled in this matter. Accordingly, petitioner's motion for appointment of counsel [**doc. #22**] is **DENIED** without prejudice.

Petitioner also has filed two motions seeking an extension of time to respond to the pending motion to dismiss. Petitioner's first motion [**doc. #21**] is **GRANTED** nunc pro tunc, and his second motion [**doc. #23**] is **GRANTED**. Petitioner shall file his response on or before **May 17, 2004**.

**SO ORDERED** at Bridgeport, Connecticut, this 28th day of April, 2004.

                                           /S/ William I. Garfinkel
                                           WILLIAM I. GARFINKEL
                                           UNITED STATES MAGISTRATE JUDGE