UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL MOURNING

v.

WARDEN ZYRENDA

PRISONER
Case No.3:02cv2318 (MRK)

### J U D G M E N T

This cause came on for consideration on the respondent's motion to dismiss the petition for a writ of habeas corpus before the Honorable Mark R. Kravitz, United States District Judge.

The Court has considered the motion to dismiss and all the related papers. On August 5, 2004, the Court filed its Ruling granting the respondent's motion to dismiss on the ground that the petition is time-barred and determining that no certificate of appealability will issue.

Therefore, it is **ORDERED** and **ADJUDGED** that the petition is dismissed and the matter is closed.

Dated at Bridgeport, Connecticut this 11th of August, 2004.

KEVIN F. ROWE, Clerk

By   /s/ Donna P. Thomas
  Donna P. Thomas
  Deputy Clerk

Entered on the Docket _____